UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PONGSAN LEELAPRAD a/k/a PONG SHONG LEE, et al.,<br><br>                        Plaintiffs,<br><br>     v.<br><br>SEA-VAN LLC, et al.,<br><br>                        Defendants. | CASE NO. C19-2105-RSM-MAT<br><br>ORDER RE: PENDING MOTION |

Plaintiffs filed a Motion to Join Polyield Investments Limited as a Party Defendant. (Dkt. 27.) Defendants observe that plaintiffs filed their motion a day prior to the July 3, 2020 deadline for joining new parties, but do not otherwise oppose the joinder. (Dkt. 29.) The Court, having considered the motion and finding joinder appropriate pursuant to Federal Rule of Civil Procedure 20(a)(2), herein GRANTS plaintiffs' motion (Dkt. 27).

DATED this 22nd day of July, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1