The Honorable Ricardo S. Martinez
The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PONGSAN LEELAPRAD a/k/a PONG SHONG LEE; an individual; and YUNG FU INVESTMENTS LTD., a British Virgin Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SEA-VAN LLC, a Washington limited liability company; TRANSPACIFIC INVESTMENT CORPORATION, a British Virgin Islands corporation; NGIE KIANG TIONG, an individual; POLYIELD SUMMIT LLC, a Washington limited liability company; and POLYIELD INVESTMENTS, LTD., a British Virgin Islands corporation<br><br>Defendants. | NO.   2:19-CV-02105-RSM-MAT<br><br>**STIPULATION AND ORDER REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

### I.   STIPULATION

1. Attorney Jeffrey C. Wishko of Anderson Hunter Law Firm, P.S., subject to the Court's approval, hereby withdraws as counsel of record in this action (the "Action") for Defendants Sea-Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC.

CERTIFICATE OF SERVICE
No. 2:19-CV-02105-RSM-MAT

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

2. Attorneys Miles A. Yanick and Patrick D. Moore of Savitt Bruce & Willey LLP hereby enter their appearance and substitute as counsel of record for Defendants Sea-Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC.

3. Pursuant to LCR 83.2(b)(1) and 83.2(b)(2), all parties, by their signatures below, stipulate that they do not object to the substitution of counsel for Defendants Sea-Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC as set forth herein.

SO STIPULATED this 24th Day of August, 2020.

| YARMUTH LLP | ANDERSON HUNTER LAW FIRM, P.S. |
|---|---|
| By: _s/Christopher Fargo-Masuda_<br>Matthew A. Carvalho, WSBA #31201<br>Christopher Fargo-Masuda, WSBA #52090<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Phone: 206.516.3800<br>Email: mcarvalho@yarmuth.com<br>           cfargomasuda@yarmuth.com | By: _s/Jeffrey C. Wishko_<br>Jeffrey C. Wishko, WSBA #12885<br>2707 Colby Avenue, Suite 1001<br>Everett, WA 98201<br>Phone: 425.252.5161<br>Email: jwishko@andersonhunterlaw.com |
| *Attorneys for Plaintiffs Pongsan Leelaprad and Yung Fu Investments LTD* | *Withdrawing Attorneys for Defendants Sea-Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC* |

**SAVITT BRUCE & WILLEY LLP**

By: _s/Miles A. Yanick_
Miles A. Yanick, WSBA #26603
Patrick D. Moore, WSBA #54177
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email:  myanick@sbwLLP.com
            pmoore@sbwLLP.com

CERTIFICATE OF SERVICE
No. 2:19-CV-02105-RSM-MAT

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

*Substituting Attorneys for Defendants Sea-Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC*

## II. ORDER

1. Attorney Jeffrey C. Wishko of Anderson Hunter Law Firm, P.S., hereby withdraws as counsel of record in this action (the "Action") for Defendants Sea Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC.

2. Attorneys Miles A. Yanick and Patrick D. Moore of Savitt Bruce & Willey LLP, hereby enter their appearance and substitute as counsel of record for Defendants Sea Van LLC, Transpacific Investment Corporation, Ngie Kiang Tiong, and Polyield Summit, LLC in this Action.

**IT IS SO ORDERED.**

DATED this <u>25th</u> day of August, 2020.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

CERTIFICATE OF SERVICE
No. 2:19-CV-02105-RSM-MAT

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500