The Honorable Ricardo S. Martinez
The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PONGSAN LEELAPRAD a/k/a PONG SHONG LEE, an individual; and YUNG FU INVESTMENTS LTD., a British Virgin Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SEA-VAN LLC, a Washington limited liability company; TRANSPACIFIC INVESTMENT CORPORATION, a British Virgin Islands corporation; NGIE KIANG TIONG, an individual; POLYIELD SUMMIT LLC, a Washington limited liability company; and POLYIELD INVESTMENTS, LTD., a British Virgin Islands corporation,<br><br>Defendants. | No. 2:19-cv-02105-RSM-MAT<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>January 11, 2021 |

**STIPULATION**

The parties, through their respective counsel of record, stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action should be dismissed without prejudice and without costs to any party.

STIPULATION AND ORDER
FOR VOLUNTARY DISMISSAL
NO. 2:19-cv-02105-RSM-MAT – Page 1



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888

Dated: January 11, 2021.

| YARMUTH LLP | SAVITT BRUCE & WILLEY LLP |
|---|---|
| By: *s/Christopher Fargo-Masuda* <br> Matthew A. Carvalho, WSBA #31201 <br> Christopher Fargo-Masuda, WSBA #52090 <br> 501 East Pine Street, Suite 201 <br> Seattle, WA 98122 <br> Phone: 206.516.3800 <br> Email: mcarvalho@yarmuth.com <br> cfargomasuda@yarmuth.com | By: *s/Miles A. Yanick (w/permission)* <br> Miles A. Yanick, WSBA #26603 <br> Patrick D. Moore, WSBA #54177 <br> 1425 Fourth Avenue, Suite 800 <br> Seattle, WA 98101 <br> Phone: 206.749.0500 <br> Email: myanick@sbwllp.com <br> pmoore@sbwllp.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## ORDER

The parties having stipulated to the entry of an order of dismissal, IT IS HEREBY ORDERED that all claims raised herein be dismissed without prejudice and without award of costs or fees to any party.

DATED this 13th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
FOR VOLUNTARY DISMISSAL
NO. 2:19-cv-02105-RSM-MAT – Page 2

Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888